UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER GILLEN,

    Petitioner,

                                          Case No. 1:04-cv-132

v

                                          Hon. Wendell A. Miles

KENNETH McKEE,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

On October 5, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Walter Gillen's petition for writ of habeas corpus be denied.  Petitioner has filed no timely objections to the R & R.  The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees with the recommended disposition contained in the R & R.  Judgment will therefore be entered accordingly.

    Entered this 31st day of October, 2006.

                                                                    /s/ Wendell A. Miles
                                                                      Wendell A. Miles
                                                                      Senior U.S. District Judge