UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER GILLEN,

    Petitioner,

                                                     Case No. 1:04-cv-132

v

                                                     Hon. Wendell A. Miles

KENNETH McKEE,

    Respondent.
_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 31st day of October, 2006.

                                                    /s/ Wendell A. Miles
                                                   Wendell A. Miles
                                                   Senior U.S. District Judge